# NO. 12-24-00017-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ARNALDO GALINDO IBARRA,* *APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *5 STAR INDUSTRIAL CONTAINERS, LLC,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Arnaldo Galindo Ibarra, filed an unopposed motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***.  *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered April 17, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 17, 2024**

**NO. 12-24-00017-CV**

**ARNALDO GALINDO IBARRA,**
Appellant
V.
**5 STAR INDUSTRIAL CONTAINERS, LLC,**
Appellee

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 24-0076-A)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*